## MEMORANDUM DECISION.

THE CHANUTE BRICK & TILE COMPANY, *Appellee*, v.
THE · GAS BELT FUEL COMPANY, *Appellant*.

No. 18,034.

Appeal from Allen district court. Opinion filed
March 8, 1913. Affirmed.

*S. C. Brown, Bruce H. Grigsby,* both of Chanute,
*Sam R. Halstead,* and *Maurice H. Winger,* both of
Kansas City, Mo., for the appellant; *Karnes, New &
Krauthoff,* of Kansas City, Mo., of counsel.

*H. P. Farrelly,* and *T. R. Evans,* both of Chanute, for
the appellee.

*Per Curiam:* The only issue litigated in the former action
was whether the brick company was entitled to certain equitable
relief. The question of damages for failure to furnish gas was
not considered. The former judgment therefore could not be
pleaded as a defense to the present action. (*Stroup v. Pepper,*
69 Kan. 241, 76 Pac. 825.) The evidence in the first suit would
not have tended to sustain the issue here. (*Hudson v. Remington,* 71 Kan. 300, 80 Pac. 568.) The demurrer to the answer was
rightly sustained. As to the evidence of damages, we think
there was sufficient to sustain the judgment. Appellee was not
required to produce evidence of orders unfilled during the days
the plant lay idle for want of gas. It would have been folly to
expect the company to take orders for brick which it knew could
not be filled.

The judgment is affirmed.